UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | | |
|---|---|---|
| Case No. 5:25-cr-00198-KK-2 | | Date: 7/28/2025 |
| Present: The Honorable: David T. Bristow, United States Magistrate Judge | | |
| Interpreter: George Gage | | Language: Spanish |
| Rebecca Camacho | RS-CS-4 | Benjamin Joseph Weir |
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) ✓ Present In Custody | Attorneys for Defendants: ✓ Present Retained |
|---|---|
| Jazael Padilla Resto | Elon Berk |

**Proceedings:** Arraignment of Defendant and/or    Assignment of Case    Appointment of Counsel
✓ Initial Appearance

* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: George Gage; Language: Spanish
* Defendant states true name is Alberto Javier Loza.
* Court ORDERS the caption of the Indictment to be changed to reflect defendant's different true name.
* Counsel are directed to file all future documents reflecting the true name as stated on the record.
* Defendant is advised that he/she is not required to make a statement and that anything said at the arraignment proceeding may be used against the defendant in subsequent proceedings.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Court asks whether the defendant formally waives a detailed reading of the Indictment, and defendant waives reading thereof.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Kenly Kiya Kato.
* It is ordered that the following date(s) and time(s) are set:
    Jury Trial: 9/22/2025 8:30 AM;
    Pre-Trial Conference: 9/4/2025 1:30 PM;
    Motion Hearing: 9/4/2025 1:30 PM
* Government moves for permanent detention of the defendant.
* Court grants the Government's request and orders the defendant permanently detained.
* Defendant committed to the custody of the U.S. Marshal.

cc: PSALA      PSAED      PSASA
    USMLA      USMED      USMSA
    Statistics Clerk      Interpreter
    CJA Supervising Attorney    Fiscal

Initial Appearance/Appointment of Counsel: :05
Arraignment: :11
Initials of Deputy Clerk: rec

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

| | | | |
|---|---|---|---|
| Case No. | 5:25-cr-00198-KK-2 | Date: | 7/28/2025 |
| Present: The Honorable: | David T. Bristow | | |
| Interpreter | George Gage | Language | Spanish |

| Rebecca Camacho | RS-CS-4 | Benjamin Joseph Weir |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) ✓ Present In Custody | Attorneys for Defendants: ✓ Present Retained |
|---|---|
| Jazael Padilla Resto | Elon Berk |

**Proceedings:** Arraignment of Defendant and/or    Assignment of Case    Appointment of Counsel
✓ Initial Appearance

* Government counsel provides trial estimate of 7-10 days.

* The parties are referred to Judge Kato's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov. For cases with previously assigned co-defendant(s), the parties are referred to the docket to review Judge Kato's criminal standing order, previously issued upon the first arraignment.

Judge Kato is located in 3, Riverside - George E. Brown, Jr. United States Courthouse, 3470 Twelfth Street, CA 92501-3801.

cc:  PSALA      PSAED      PSASA
    USMLA      USMED      USMSA
    Statistics Clerk         Interpreter
    CJA Supervising Attorney    Fiscal

Initial Appearance/Appointment of Counsel: : 05
Arraignment: : 11
Initials of Deputy Clerk: rec