**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT
JUL 28 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 25-CR-00198-KK |
| v. | |
| Alberto Javier Loza | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint __Elon Berk, Esq.__, Esquire, as my attorney to appear for me throughout all proceedings in this case.

__7/28/25__
Date

_____
Defendant's Signature

__Riverside, CA__
City and State

## APPEARANCE OF COUNSEL

I, __Elon Berk__ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

__7/28/25__
Date

_____
Attorney's Signature

__209642__
California State Bar Number

__15250 Ventura Blvd #1220__
Street Address

__Sherman Oaks CA 91403__
City, State, Zip Code

__818-205-1555__   __818-205-1559__
Telephone Number    Fax Number

__EBerk@CrimLawLA.com__
E-mail Address

CR-14 (01/07)   DESIGNATION AND APPEARANCE OF COUNSEL